UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG 18 PM 12:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jorge PALOMARES-Lopez,** Defendant | Magistrate Docket No. COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

'08 MJ 2551

The undersigned complainant, being duly sworn, states:

On or about **August 15, 2008** within the Southern District of California, defendant, **Jorge PALOMARES-Lopez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **AUGUST 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

DOA 8/15/08

**CONTINUATION OF COMPLAINT:**
**Jorge PALOMARES-Lopez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 15, 2008, at approximately 8:45 a.m., Border Patrol Agents T. Naegele, M. Dover, O. Ramirez, L. Rivera and Supervisory Border Patrol Agent D. Dailey served a search warrant on a residence located on the 4900 block of Logan Avenue, San Diego, California. The surveillance operation had the purpose of identifying and arresting an individual who is the subject of an outstanding arrest warrant for violations of Title 8, United States Code Section 1324.

Before entering the apartment, Agent Rivera observed through the open door a Hispanic male, later identified as the defendant **Jorge PALOMARES-Lopez**, lying on a sofa. PALOMARES was asked to exit the apartment. Outside the apartment, Agent J. Nava identified himself to Jorge PALOMARES as a Border Patrol Agent. Agent Nava questioned Jorge PALOMARES as to his immigration status. Jorge PALOMARES stated he was a citizen and national of Mexico without immigration documents allowing him to be or remain legally in the United States. Agent Nava placed Jorge PALOMARES under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 28, 2000** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on August 16, 2008 at 10:00 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **2** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 15, 2008**, in violation of Title **8**, United States Code, Section **1326**.

Barbara L. Major
United States Magistrate Judge

8/16/08 at 10:38AM
Date/Time